UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

SHAVON JOHNSON

    Plaintiff,

v.

STATE OF FLORIDA-
DIVISION OF ADMINISTRATIVE HEARINGS

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant STATE OF FLORIDA- DIVISION OF ADMINISTRATIVE HEARINGS, through undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a),1446; and Rule 81, Fed. R. Civ. P. and Local Rule 7.2, S. D. Fla. L. R., and states:

    1.    On April 6, 2021, the Plaintiff filed a Complaint in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 2021-008261-CA-01, alleging violations under Title VII of the Civil Rights Act of 1964, as amended by 42 U.S.C. §§ 2000e, and 42 U.S.C. 1983. The Plaintiff also alleged violations of the Florida Civil Rights Act of 1992, as codified at Fla. Stat. § 760.10. All the events alleged in the Complaint occurred at the Division of Administrative Hearings, Worker's Compensation Courts in Miami Dade County, Florida, 401 NW 2nd Avenue Miami, Florida 33128.

    2.    This Notice has been timely filed within thirty (30) days of service upon the earliest-served Defendant. 28 U.S.C. § 1446(b)(1). Plaintiff served the Defendant on July 23, 2021.

3. Attached hereto, and by reference made a part hereof, are copies of all process, pleadings, and orders served upon Defendant in this case pending before the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. Specifically, Exhibit A is the Plaintiff's Complaint in this action with all referenced Exhibits 1-3, Exhibit B includes the summons served on the Defendant. There are no motions currently pending in the state court and therefore no copies to attach as required by S.D. Fla. L.R. 7.2.

4. This case is properly removable pursuant to 28 U.S.C. § 1441 because the causes of action alleged in Plaintiff's pleading are such that this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and the Court may exercise supplemental jurisdiction under 28 U.S.C. § 1367 over the Plaintiff's state law claims involving Chapter 760 of the Florida Statutes as these claims are "part of the same case or controversy" giving rise to the Court's original jurisdiction and do not raise novel or complex issues or any other exception under 28 U.S.C. § 1367(c).

5. In accordance with 28 U.S.C. § 1446(d), the Defendant promptly filed a copy of this Notice of Removal with the Clerk of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, a copy of which is attached as Exhibit C.

6. In removing this action, the Defendant does not waive any available defenses or admit any of the Complaint's allegations.

WHEREFORE, the Defendant respectfully request that this matter be removed and that this Honorable Court grant such further and additional relief as may otherwise be proper.

ASHLEY BROOKE MOODY
ATTORNEY GENERAL

/s/ Barbara Junge
BARBARA JUNGE
Assistant Attorney General

       Fla. Bar No: 993270
       OFFICE OF THE ATTORNEY GENERAL
       110 S.E. 6th Street, 10th Floor
       Ft. Lauderdale, Florida 33301
       Telephone:    954-712-4600
       Facsimile:     954-527-3702
       Barbara.Junge@myfloridalegal.com
       Attorney for Defendant:

## CERTIFICATION OF FILING

PURSUANT TO Rule 5(d)(1)(B) of the Federal Rules of Civil Procedure, Local Rule 5.1(b), S.D. Fla. L.R., and Section 3.K.(4) of the CM/ECF Administrative Procedures of the Southern District of Florida, I hereby certify that on August 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will generate a Notice of Electronic Filing to all counsel of record.

       /s/ Barbara Junge
       Barbara Junge
       Assistant Attorney General